Honorable James T. Worthen                     September 20, 2015
Chief Justice, Court of Appeals District, Tyler, Tx.
Twelfth Court of Appeals
1517 W. Front St. Suite 354
Tyler, Tx.      75702

FILED IN COURT OF APPEALS
12th Court of Appeals District
SEP 28 2015
TYLER, TEXAS
PAM ESTES, CLERK

RE: Case number: 12-15-00002-CR
Trial Court Case number: 114-0724-14

Dear Chief Justice Worthen;

        Upon examination of the appellate record recieved from the trial court I've noticed that the record is incomplete and at this time I would like to request the following:

        (A) Disclosure of Grand Jury Procedure/Testimony,
        (B) Disclosure of Panel of Grand Jury,
        (C) Disclosure of Notice of Session of Grand Jury,
        (D) Disclosure of Waiver to not Attend Grand Jury to Testify,
        (E) Bill of Particulars.

        I pray that the court grant my request for the above listed items, which are important in the completion of my brief.

                                        Respectfully,
                                        O. Skelton #1981062
                                        1391 FM 3328
                                        Tennessee Colony, Tx. 75880

Certificate of Service

I hereby certify that a true and correct copy of this request for information was mailed to the Attorney for the State by First Class Mail, addressed to Michael J. West, Assistant District Attorney, 4th Floor Courthouse, 100 N. Broadway, Tyler, TX. 75702.

O'Andrew Shelton
T.D.C. #1881062
Appellant, pro se